IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: Amy I Burnett | ) | Case No.: 17-14141 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| | ) | Judge: LaShonda A. Hunt |
| Debtor(s) | ) | |

NOTICE OF MOTION

TO:   Amy I Burnett, 2056 N Ginger Creek Dr. Palatine, IL 60074 *via mail*

Trustee Marilyn Marshall, 224 S. Michigan Ave., #800, Chicago, IL 60604 *via ECF clerk's electronic delivery system*

U.S. Trustee, 219 S. Dearborn Suite 873, Chicago IL 60604 *via ECF clerk's electronic delivery system*

**See attached service list**

PLEASE TAKE NOTICE that on **July 23, 2018 at 9:30 a.m.**, I shall appear before the Honorable LaShonda A. Hunt at the Dirksen Federal Court, 219 S. Dearborn, Courtroom 719, Chicago, Illinois 60604, or any judge presiding and then and there present the **Motion**, a copy of which is attached hereto.

By:   /s/ *David H. Cutler*
      David H. Cutler

CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice and Motion upon the parties named above on June 24, 2018 before the hour of 6:00 p.m.

By:   /s/ David H. Cutler
      David H. Cutler, esq.
      Counsel for Debtor(s)
      Cutler & Associates, Ltd.
      4131 Main St. Skokie, IL 60076
      Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: Amy I Burnett | ) | Case No.: 17-14141 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| | ) | Judge: LaShonda A. Hunt |
| Debtor(s) | ) | |

MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtor, Amy I Burnett, (hereafter referred to as "the Debtor"), by and through her attorneys, The Law Offices of Cutler & Associates, Ltd., to present this Motion and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a "core proceeding" under 28 USC 157(b)(2).

2. The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on May 4, 2017 and her Plan was confirmed on July 10, 2017.

3. The Debtor's confirmation order provides for a plan payment of $437 for 60 months then with unsecured creditors receiving at least 48% of their unsecured claims. As the date of the motion the debtor is current on her plan payments.

4. The Debtor and her non-filing spouse have received $6,879 for their tax refund for the 2017 tax year. The Debtor and her non-filing spouse have 3 dependent children and received $3,781 in earned income credit, $159 in child tax credit and $2,841 in additional child tax credits, see Exhibit A.

5. The Debtors refund was offset by the U.S. Department of the Treasury for a debt owed to the Illinois Department of Human Services in the amount of $2,097.25, see Exhibit B.

After the amount the Debtor is allowed to keep per her confirmed plan and after the deduction from the offset the remaining turnover amount is $3,581.75.

6. The Debtor's 2008 Nissan Pathfinder required extensive repairs, the vehicle was towed in to the mechanic and immediate work was needed, due to a transmission leak along with multiple check engine codes due to wire damage, for the vehicle to run safely. A second repair was needed a few weeks later for the front and rear brake pads. The total for the vehicle repairs was $2,063.60, see Exhibit C.

7. The Debtor is seeking permission to keep part of her 2017 tax refund in the amount of $2,063.60 for the necessary vehicle repairs.

8. The amount remaining of the Debtors 2017 tax refund is $1,518.15, and the Debtor is looking to defer the $1,518.15 to the end of the plan

9. The Debtor respectfully asks this Honorable Court permission to keep $2,063.60 of the 2017 tax refund to use on the vehicle repairs and to defer the remaining turnover amount of $1,518.15 to the end of the plan.

WHEREFORE, Debtor respectfully prays that this Court enter an Order allowing the Debtor to keep $2,063.60 of the 2017 tax refund to use on the vehicle repairs and to defer the remaining turnover amount of $1,518.15 to the end of the plan and for such other and further relief that this court deems just and proper.

Dated: June 24, 2018

Respectfully Submitted,
By: /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main St. Skokie, IL 60076
Phone: (847) 673-8600