UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  17-14141 |
| Amy I Burnett | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS SO ORDERED:

1. The Debtor is allowed to keep part of the 2017 tax refund in the amount of $2,063.60 for vehicle repairs and to defer the remaining turnover amount of $1,518.15 to the end of the plan.

Enter:  /s/ LaShonda A. Hunt

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  July 23, 2018

**Prepared by:**

David H. Cutler, esq.
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076
Phone: (847) 673-8600