UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   17-14141 |
| Amy I Burnett | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. The Debtor's plan is modified post-confirmation that the Debtor is permitted to keep part of her 2019 tax refund in the amount of $1,307.

2. The Debtor's plan payment is increased to $537 a month beginning January 2021 to account for and cure debtor's failure to turn over the remaining part of her 2019 tax refund to the trustee in the amount of $1,307 and deferring the default.

3. The plan base amount remains the same.

4. The Trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  December 14, 2020

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600